CLIFTON, Circuit Judge,
concurring in part and dissenting in part:
I respectfully dissent, in part. I would affirm the district court’s judgment in its entirety.
*587 I do not believe that Plaintiff Garcia presented evidence sufficient to establish genuine disputes of material fact. Most importantly, I focus on the majority’s objection, above at 4-5, that Defendants failed to present evidence to support the purported prison policy that caused Plaintiff to be transferred to administrative segregation. I have no difficulty discerning how the policy served legitimate penological purposes. If an inmate complains about excessive force by corrections officers, it make obvious sense to put the prisoner into what amounted to protective custody, to protect both the integrity of the investigation and the prisoner from alleged abusers. We might think there was a better way to accomplish those results, but we are not experts. Plaintiff presented no evidence to the contrary. Our speculation should not fill in for Plaintiffs lack of evidence.